IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                 **//**         **CRIMINAL NO. 1:12CR1**
                                                    **(Judge Keeley)**

**HARVEY BREWER and**
**TASHA SHELEKA SAUNDERS,**

    **Defendant.**

## SUMMARY ORDER FOLLOWING PRETRIAL CONFERENCE

On March 20, 2012, the parties came before the Court for a pretrial conference. For the reasons stated on the record of that hearing, the Court:

1. **STRUCK** Shirland L. Fitzgerald from the list of witnesses for the case-in-chief of the United States, thereby **GRANTING-IN-PART** the defendant Harvey Brewer's Motion to Strike or, in the Alternative, for a Continuance of Trial (dkt. no. 59) and the defendant Tasha Sheleka Saunders' Motion to Strike (dkt. no. 60);

2. **OVERRULED** the defendant Harvey Brewer's objections (dkt. no. 62) to the March 16, 2012 Opinion and Report and Recommendation ("R&R") of the magistrate judge (dkt. no. 54), **ADOPTED** the R&R in its entirety (dkt. no. 54), and **DENIED** the defendants' Motion in Limine to Exclude Video and Still Photographs from the Best Western Hotel (dkt.

**USA v. HARVEY BREWER AND TASHA SHELEKA SAUNDERS                 1:12CR1**

**SUMMARY ORDER FOLLOWING PRETRIAL CONFERENCE**

no. 39), provided the United States presents the testimony necessary to properly authenticate the materials at trial.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: March 21, 2012.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE